■ VISIONS FEDERAL CREDIT UNION, as Successor by Merger to PARAGON FEDERAL CREDIT UNION, Respondent, v MICHAEL PEREZ, JR., et al., Appellants, et al., Defendants. [42 NYS3d 794]—Order, Supreme Court, Bronx County (John A. Barone, J.), entered March 20, 2015, which, following a traverse hearing, denied the motion of defendants Michael Perez, Jr. and Navia Perez to dismiss the complaint as against them for lack of personal jurisdiction, unanimously affirmed, without costs.

There exists no basis to disturb the hearing court's determination, based on an assessment of the witnesses' credibility, that service was properly effected upon defendants. Defendants failed to establish that they did not reside at the mortgaged property where plaintiff's process server delivered and mailed the summons and complaint (*see Arrufat v Bhikhi*, 101 AD3d 441 [1st Dept 2012]). Concur—Friedman, J.P., Moskowitz, Webber, Kahn and Gesmer, JJ.